CROWN LAW FIRM
Yan E. Shrayberman (State Bar #253971)
5151 North Palm Ave, Ste 100
Fresno, California 93704
Telephone: (559) 779-2315
Facsimile: (559) 442-1567

Attorney for Defendant
MAURICE HACKETT

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

MAURICE HACKETT,

Defendant.

Case No. 1:26-cr-00067-KES-EPG

**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**

Date: October 14, 2026
Judge: Hon. Erica P. Grosjean

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Robert Veneman-Hughes, and defendant Maurice Hackett, by and through defendant's counsel of record, Yan E. Shrayberman, hereby stipulate as follows:

1. This matter is currently set for a status conference on August 12, 2026, before the Honorable Erica P. Grosjean, United States Magistrate Judge.

2. By this stipulation, the parties jointly request that the Court continue the status conference to October 14, 2026, and exclude time under the Speedy Trial Act from the date of the currently set status conference through October 14, 2026.

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567

3. The parties agree and stipulate, and request that the Court find, as follows:

a. Defense counsel was recently appointed to represent Mr. Hackett and requires additional time to review discovery, investigate the matter, confer with and advise the defendant, and prepare for further proceedings, including the exploration of a possible pre-indictment resolution of this matter.

b. The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would unreasonably deny the defendant continuity of counsel, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

c. The government, through Assistant United States Attorney Robert Veneman-Hughes, does not object to the requested continuance or to the requested exclusion of time.

d. The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

e. Accordingly, the parties stipulate and agree that the period of time from the date of the currently set status conference through October 14, 2026, shall be excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: July 27, 2026

ERIC GRANT
United States Attorney
/s/ Robert Veneman-Hughes
ROBERT VENEMAN-HUGHES
Assistant United States Attorney

Dated: July 27, 2026

CROWN LAW FIRM
/s/ Yan E. Shrayberman
YAN E. SHRAYBERMAN
Counsel for Defendant
MAURICE HACKETT

## FINDINGS AND ORDER

The Court, having considered the parties' stipulation and good cause appearing, HEREBY FINDS that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation and would unreasonably deny the defendant continuity of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

ACCORDINGLY, IT IS HEREBY ORDERED that the status conference is continued to October 14, 2026, and that the period of time from the date of the currently set status conference through October 14, 2026, is EXCLUDED from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: **July 29, 2026**

/s/
UNITED STATES MAGISTRATE JUDGE

CROWN LAW FIRM
5151 North Palm, Ste 100
Fresno, CALIFORNIA 93709
Telephone: (559) 779-2315
Facsimile: (559) 4421567